The People of the State of Illinois, Respondent-Appellee, *v.* Charles McKinney, Petitioner-Appellant.

(No. 59806;

First District (2nd Division)—January 14, 1975.

PER CURIAM.

Paul Bradley and Judith A. Stewart, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Mary Ellen Dienes, Assistant State's Attorneys, of counsel), for the People.